FILED: March 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 23-4221
(7:17-cr-00078-MFU-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MICHAEL ANTONIO DAVID, II

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
| Originating Case Number | 7:17-cr-00078-MFU-1 |
| Date notice of appeal filed in originating court: | 03/27/2023 |
| Appellant(s) | Michael David, II |
| Appellate Case Number | 23-4221 |
| Case Manager | Rickie Edwards<br>804-916-2702 |